IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY L. WILLIAMS,    No. C 11-6653 CW

    Plaintiff,    JUDGMENT

  v.

UNITED STATES DEPARTMENT OF LABOR,

    Defendant.
_____/

    For the reasons set forth in this Court's Order Granting Defendant's Motion to Dismiss,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Anthony L. Williams take nothing, that the action be dismissed on the merits, and that Defendant United States Department of Labor recover its costs of action from Plaintiff Anthony L. Williams.

    Dated at Oakland, California, this 1st day of May, 2012.

RICHARD W. WIEKING
Clerk of Court

By:  _____
    Deputy Clerk